## No. 7456.

### HENRY BARTH vs. LOUISA BONE.

The capacity of the wife to contract is restricted and conditional, but when she binds herself as she is permitted to do after examination by the judge and under his authorization, she then contracts as if she were a *feme sole.* Contracts thus made by her furnish full proof against her and her heirs, unless attacked for fraud committed by her creditor and in a contest with the creditor by whom, or to whose knowledge, the fraud has been committed.

When fraud of the creditor is alleged by the wife, it is incumbent upon her to prove that it was perpetrated by, or to the knowledge of the party claiming the enforcement of the contract.

It is not essential that the authorization for the loan and the security for it must be simultaneous. The wife must satisfy the judge that the money *about* to be borrowed is for her separate advantage. He examines her touching the objects for which the money is to be borrowed. The mortgage of her property for the security of the loan is necessarily given afterwards.

A mistake as to the amount of the loan, made by the judge, may be corrected by his interrogating her anew out of the presence of her husband, and this done, he may change the sum first inserted in the order of authorization, or direct the clerk to change it in the certificate of such order.

APPEAL from the Sixth District Court of New Orleans.    RIGHTOR, J.

*H. D. & C. G. Ogden* for Plaintiff.    *Cotton & Levy* for Defendant Appellant.

LE BLANC, J., delivered the opinion affirming the judgment.